ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
ANDREW C. SWITLYK
Nevada Bar No. 16758
Andrew.Switlyk@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH llp
5555 Kietzke Lane, Suite 200
Reno, Nevada 89511
Telephone: 775.399.6383
Facsimile: 775.827.9256
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

***

DONNALYN VANORMAN-WASANO, as the Special Administratrix of the Estate of Jack Brooks Watson,

Plaintiff,

vs.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and DOES I through XXX,

Defendants.

Case No.: 2:25-cv-01944-JAD-BNW

**Order Extending Stay for Finalizing of Settlement**

ECF No. 18

The parties, by and through their undersigned counsels of record, and pursuant to the Court's July 27, 2026 Order Granting Stipulation to Stay Case (ECF No. 17), hereby submit the following Joint Status Report,

1. On July 27, 2026, the Court stayed this case through October 12, 2026, so that the parties could participate in a private mediation before retired Judge Jennifer Togliatti. (ECF No. 17). If the mediation was successful, the Court ordered the parties to inform the Court regarding the settlement, timing upon which the settlement agreement would be signed, and when a stipulation to dismiss would be filed.

2. The parties participated in the October 12, 2026 mediation and it successfully resulted in a settlement resolving all claims asserted in this action. The parties are presently

completing the remaining settlement steps, which consecutively include the finalizing of the formal release and settlement documents and execution of those documents.

3. Pursuant to NRS 140.020, Plaintiff is the Special Administrator of the Estate Jack Brook Watson. Pursuant to NRS 140.040, Plaintiff must obtain approval of the settlement and the formal release and settlement agreement from Nevada Probate Court before she can execute the agreement. Counsel for the Special Administrator is currently in trial. Therefore, Plaintiff anticipates filing a Motion to Approve Settlement with the Probate Court in the Eighth Judicial District by December 1, 2026. Plaintiff anticipates that the motion will be heard approximately 45 days after it is filed.

The Dismissal with Prejudice of this action is conditioned on the Probate Court's approval of the settlement and payment of the settlement amount. Therefore, in light of the settlement, the Parties respectfully request that the Court continue the stay of all proceedings and deadlines in this action pending the filing of the Stipulation and Order of Dismissal. Should the dismissal not be filed by February 15, 2027, the parties will file a supplemental joint status report advising the Court on the status of settlement.

Dated this 26th day of October, 2026

MATTHEW L. SHARP, LTD.

*/s/ Matthew L. Sharp*

MATTHEW L. SHARP
Nevada Bar No. 4746
432 Ridge Street
Reno, Nevada 89501
*Attorney for Plaintiff*

Dated this 26th day of October, 2026

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Andrew C. Switlyk*

ROBERT W. FREEMAN
Nevada Bar No. 3062
ANDREW C. SWITLYK
Nevada Bar No. 16758
5555 Kietzke Lane, Suite 200
Reno, Nevada 89511
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

/ / /

/ / /

/ / /

/ / /

**ORDER**

Based on the parties' stipulation [ECF No. 18] and good cause appearing, IT IS ORDERED:

1. The case is stayed through February 15, 2027, so the parties can proceed with finalizing the terms and prerequisites of their settlement.

2. If the terms and prerequisites are not finalized and a Stipulation and Order of Dismissal filed by February 15, 2027, the parties must file a supplemental joint status report by no later than that date, advising the Court on the status of the settlement and estimate to submit a dismissal of the case.

IT IS SO ORDERED.

DISTRICT COURT JUDGE
October 27, 2026